J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ZHENQUAN SUN, | ) Case No. 5:26-cv-02784-SSS-SP |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| MARKWAYNE MULLIN, et al., | ) |
| Respondents. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: July 1, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE